| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

*EASTER* District of *NEW YORK*
(State)

Case number (*if known*): _____ Chapter *11*

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2017 JUN 22  A  9: 08

☑ Check if this is an
amended filing

RECEIVED

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    *Autum Properties Holding, LLC*

2. **All other names debtor used**    *NONE*
   **in the last 8 years**
   - Include any assumed names,
     trade names, and *doing business
     as* names

3. **Debtor's federal Employer**    *47-2077479*
   **Identification Number (EIN)**

4. **Debtor's address**

   **Principal place of business**

   *2520 Foster Ave*
   Number    Street

   *Brooklyn   NY   11210*
   City    State   ZIP Code

   *Kings*
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City    State   ZIP Code

5. **Debtor's website (URL)**    *N/A*

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

Debtor **AUTUM PROPERTIES Holding LLe**
         Name

Case number (if known)_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☒ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☒ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____ When _____ Case number _____
                                            MM / DD / YYYY

         District _____ When _____ Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____ Relationship _____

         District _____ When _____
                                                      MM / DD / YYYY

         Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

Debtor **Autum Properties Holding LLC**
Name

Case number *(if known)*_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** 269 LINDEN Street
Number    Street

Brooklyn _____ NY 11237
City                                  State   ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___N/A___ .

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

    a. Total assets                $ *1,200,000.00*

    b. Total debts (including debts listed in 2.c., below)     $ _____

    c. Debt securities held by more than 500 holders

Approximate number of holders:

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☑ ☐ | $ *1,200,000.00* | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

    d. Number of shares of preferred stock      _____

    e. Number of shares common stock      _____

Comments, if any: _____

_____

3. Brief description of debtor's business: *Real Estate investment*

_____

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

*Thomas Shorte*

*Samuel Servant*

*Jackson Chasmot*

Debtor   Autum Properties Holding LLC    Case number (if known)_____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/22/2017
          MM / DD / YYYY

**x** _Thomas Strait_                          THOMAS DIMITI
Signature of authorized representative of debtor    Printed name

Title V. President

**18. Signature of attorney**

**x** _____          Date _____
Signature of attorney for debtor              MM / DD / YYYY

Printed name _____

Firm name _____

Number     Street _____

City _____    State _____    ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

Debtor name _Autumn Properties Holding, LLC_

United States Bankruptcy Court for the: _Eastern_ District of _New York_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..................................................................... $ 1,200,000.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................. $ _____

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................... $ 1,200,000.00

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............................ $ _____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................... $ 325,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ............... + $ _____

4. **Total liabilities**..................................................................................
   Lines 2 + 3a + 3b

$ 325,000.00

**Fill in this information to identify the case:**

Debtor name _Autum Properties Holding LLc_

United States Bankruptcy Court for the: _Eastern_ District of _New York_
(State)

Case number (if known): _____

☐ Check if this is an
  amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|

2. **Cash on hand**    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   | 4.1. _____ | $_____ |
   |---|---|
   | 4.2. _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1. _____ | $_____ |
   |---|---|
   | 7.2. _____ | $_____ |

Debtor _Autum Properties Holding LLC_                    Case number (if known)_____
        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                      $_0.00_

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                 Current value of debtor's
                                                                 interest

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ........➔   $_____
                                   face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ........➔   $_____
                                   face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $_____

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                    Valuation method        Current value of debtor's
                                                    used for current value   interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____   _____   $_____

    14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1._____   _____%   _____   $_____

    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____

    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                  $_____

Debtor _*Autumn Properties Holding LLC*_
Name

Case number _(if known)_____

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   ☑ No. Go to Part 6.
   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___ / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___ / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ___ / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
   Add lines 19 through 22. Copy the total to line 84.

   $_____

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   ☑ No. Go to Part 7.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** _Examples:_ Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $_____ | _____ | $_____ |

Debtor    _Autumn Properties Holding LLC_    Case number (if known)_____
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor     *Autum Properties Holding LLC*          Case number (if known)_____
           Name

---

**Part 8:**  **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    *Autum Properties Holding LLC*
Name

Case number (*if known*)_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 269 Linden Street | Own it | $ 1.2 mil | BPO | $ 900,000.00 |
| 55.2 Brooklyn NY 11237 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 1,800,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor _Avlum Properties Holding LLC_                                Case number (if known)_____
          Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☑ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor)<br><br>_____ — _____ = ➡ | Total face amount     doubtful or uncollectible amount | $_____ |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>_____<br>_____<br>_____ | Tax year _____<br>Tax year _____<br>Tax year _____ | $_____<br>$_____<br>$_____ |
| 73. **Interests in insurance policies or annuities**<br>_____ |  | $_____ |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>_____<br>Nature of claim _____<br>Amount requested $_____ |  | $_____ |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>_____<br>Nature of claim _____<br>Amount requested $_____ |  | $_____ |
| 76. **Trusts, equitable or future interests in property**<br>_____ |  | $_____ |
| 77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership<br>_____<br>_____ |  | $_____<br>$_____ |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. |  | $_____ |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor  *Autum Properties Holding LLc*
Name

Case number *(if known)* _____

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | *1,200,000.00* |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................➔ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column............... 91a. | $_____ | + 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................... $ *1,200,000*

Fill in this information to identify the case:

Debtor name _Autum Properties Holding LLC_

United States Bankruptcy Court for the: _Eastern_ District of _New York_
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

<table>
<tr><td colspan="4"><strong>Part 1:</strong>   List Creditors Who Have Secured Claims</td></tr>
</table>

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.1** | Creditor's name

Describe debtor's property that is subject to a lien

_____  $_____    $_____

Creditor's mailing address

_____

_____

**Describe the lien**

_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** | Creditor's name

Describe debtor's property that is subject to a lien

_____  $_____    $_____

Creditor's mailing address

_____

_____

**Describe the lien**

_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $_____

Debtor _Autum Properties Holding LLc_
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** Creditor's name

_LNV Corporation_

Creditor's mailing address

_7195 DALLAS PARKWAY_
_PLANO Tx 75024_

Creditor's email address, if known

_____

Date debt was incurred _1998_

Last 4 digits of account number _9 8 9 7_

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_269 LINDEN Street_
_Brooklyn  NY 11237_   $ _325,000_   $ _1,200,000_

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**2.__** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____   $ _____   $ _____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  *Autum Properties Holding LLC*
Name

Case number *(if known)* _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|--------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|--------------------------------------------------|
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Form 206D          Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page ___ of ___

**Fill in this information to identify the case:**

Debtor name _Autum Properties Holding LLC_

United States Bankruptcy Court for the: _Eastern_ District of _New York_
(State)

Case number (If known): _____    Chapter _11_

❑ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ❑ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor _____    Case number (if known)_____
        Name

██  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

**2._**
State what the contract or lease is for and the nature of the debtor's interest    _____    _____

State the term remaining    _____    _____

List the contract number of any government contract    _____    _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest    _____    _____

State the term remaining    _____    _____

List the contract number of any government contract    _____    _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest    _____    _____

State the term remaining    _____    _____

List the contract number of any government contract    _____    _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest    _____    _____

State the term remaining    _____    _____

List the contract number of any government contract    _____    _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest    _____    _____

State the term remaining    _____    _____

List the contract number of any government contract    _____    _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest    _____    _____

State the term remaining    _____    _____

List the contract number of any government contract    _____    _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest    _____    _____

State the term remaining    _____    _____

List the contract number of any government contract    _____    _____

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page ___ of ___

Fill in this information to identify the case:

Debtor name *Autum Properties Holding LLC*

United States Bankruptcy Court for the: *Eastern* District of *New York*
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 _____ | _____ Street<br>_____<br>_____ City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____ Street<br>_____<br>_____ City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____ Street<br>_____<br>_____ City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____ Street<br>_____<br>_____ City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | _____ Street<br>_____<br>_____ City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | _____ Street<br>_____<br>_____ City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____     Case number *(if known)*_____
            Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.___ _____ | Street _____ City _____ State _____ ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ _____ | Street _____ City _____ State _____ ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ _____ | Street _____ City _____ State _____ ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ _____ | Street _____ City _____ State _____ ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ _____ | Street _____ City _____ State _____ ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ _____ | Street _____ City _____ State _____ ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ _____ | Street _____ City _____ State _____ ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ _____ | Street _____ City _____ State _____ ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |

Fill in this information to identify the case:

Debtor _Autum Properties Holding LLC_

United States Bankruptcy Court for the: _Eastern_ District of _NEW YORK_
(State)

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address
_LNV Corporation_
_7195 DALLAS PARKWAY_
_PLANO TX 75024_

| | Total claim | Priority amount |
|---|---|---|
| As of the petition filing date, the claim is: | $ ~~10~~ | $ 32,500,000 |
| Check all that apply. | 107,250.00 | |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_1998_

Basis for the claim: _MORTGAGE LOAN_

Last 4 digits of account number _9897_

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:   $_____    $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:   $_____    $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

Debtor  *Avtum Properties Holding LLC*
        Name

Case number *(if known)* _____

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |

2.__  **Priority creditor's name and mailing address**                          $_____   $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

2.__  **Priority creditor's name and mailing address**                          $_____   $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

2.__  **Priority creditor's name and mailing address**                          $_____   $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

2.__  **Priority creditor's name and mailing address**                          $_____   $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

Debtor  *Autum Properties Holding LLC*  Case number *(if known)*_____
     Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                             **Amount of claim**

**3.1**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ❑ No
- ❑ Yes

$_____

---

**3.2**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ❑ No
- ❑ Yes

$_____

---

**3.3**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __.

Is the claim subject to offset?
- ❑ No
- ❑ Yes

$_____

---

**3.4**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ❑ No
- ❑ Yes

$_____

---

**3.5**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ❑ No
- ❑ Yes

$_____

---

**3.6**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ❑ No
- ❑ Yes

$_____

---

Debtor _Autum Properties Holding LLc_
        Name

Case number (if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$_____

---

Debtor  *Autum Properties Holding LLC*
    Name

Case number (if known) _____

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |

---

Debtor  *Autumn Properties Holding LLC*
        Name

Case number *(if known)* _____

<table>
<tr><td><strong>Part 3:</strong></td><td><strong>Additional Page for Others to Be Notified About Unsecured Claims</strong></td></tr>
</table>

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ _____ | Line ____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ _____ | Line ____ | |
| _____ | ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  _Autum Properties Holding LLC_          Case number (if known) _____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. Total claims from Part 1                5a.    $ _325,000_

5b. Total claims from Part 2                5b.  + $ _0.00_

5c. Total of Parts 1 and 2                  5c.    $ _325,000.00_
    Lines 5a + 5b = 5c.

<table>
<tr><td>

**Fill in this information to identify the case and this filing:**

Debtor Name AUTUM PROPERTIES HOLDING LLC

United States Bankruptcy Court for the:  Eastern ___ District of _New York_

                                                    (State)

Case number (*if known*):  _____

</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☑   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☑   *Schedule H: Codebtors (Official Form 206H)*

☑   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐   Amended *Schedule* ____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐   Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/2/17      ✗ _Thomas Shaiti_____
        MM / DD / YYYY            Signature of individual signing on behalf of debtor

                             _Thomas Shaiti_____
                             Printed name

                             _V. President_____
                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Autem Properties Holding LLC___

United States Bankruptcy Court for the: ___Eastern___ District of ___New York___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 LNV Corporation 7195 Dallas Parkway Plano, TX 75024 | 877-471 7889 | Bank Loan | Unliqui-dated | | 1,2 mill | 325000 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor  _Autum Properties Holding LLC_                    Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

LNV CORPORATION

LOAN #BC609897

7195 DALLAS PARKWAY

PLANO TX 75024


STEIN, WIENER & ROTH, L.L.P.

ONE OLD COUNTRY ROAD SUITE 113

CARLE PLACE, NEW YORK 11514

TEL: (516) 742-1212

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                    Case No.
                                                          Chapter *11*

*Autum Properties Holding LLC* Debtor(s)
-----------------------------------------------------------x

### DECLARATION OF PRO SE DEBTOR(S)

All individuals filing for bankruptcy pro se (without an attorney), must provide the following information:

Name of Debtor(s):  *Autum Properties Holding, LLC*

Address:  *2520 Foster Ave, Brooklyn NY 11210*

Email Address:  *recourse handa@gmail.com*

Phone Number:  *(646) 785-7888*

## CHECK THE APPROPRIATE RESPONSES:

**FILING FEE:**

   ✓ PAID THE FILING FEE IN FULL

   ___APPLIED FOR INSTALLMENT PAYMENTS OR WAIVER OF THE FILING FEE

**PREVIOUS CASES FILED**: 1._____  2. _____  3. _____

**ASSISTANCE WITH PAPERWORK:**

   ✓ NO ASSISTANCE WITH PREPARATION OF/FILING PETITION AND SCHEDULES

   ___ HAD ASSISTANCE WITH PREPARATION OF/FILING PETITION AND SCHEDULES

If Debtor had assistance, the following information must be completed:

      Name of individual who assisted:  _____

      Address:  _____

      Phone Number:  (_____) _____

      Amount Paid for Assistance:  $_____

I/We hereby declare the information above under the penalty of perjury.

Dated: *6/22/2017*                              by *Thomas Dhaiti*
                                                Debtor's Signature

                                                *Autum Properties Holding, LLC*
                                                by *Thomas Dhaiti*
                                                Joint Debtor's Signature